IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

H.C., MOTHER OF K.C., A CHILD,

Appellant,

v.                                                                         Case No. 5D15-3634

DEPARTMENT OF CHILDREN
AND FAMILIES,

Appellee.

_____/

Opinion filed February 29, 2016

Appeal from the Circuit Court for
Hernando County,
Donald E. Scaglione, Judge.

E. J. Lynum, of Lynum & Associates,
PLLC, Wildwood, for Appellant.

Deborah A. Schroth, of Children's Legal
Services, Orlando, for Appellee.

Sara E. Goldfarb, of Guardian Ad Litem
Program, Sanford.

ON CONCESSION OF ERROR

PER CURIAM.

Upon consideration of the Department of Children and Families' February 17, 2016,

concession of error, we reverse the lower tribunal's Order of Adjudication and remand for

trial.

REVERSED and REMANDED.

COHEN, LAMBERT, and EDWARDS, JJ., concur.